

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-15-00125-CR

**EX PARTE** Hector **RAMIREZ**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Because this is an appeal in a habeas proceeding the reporter's record was due on March 16, 2015, fifteen days after the notice of appeal was filed. On March 19, 2015, we ordered court reporters Lisa J. Ramos and Erminia Uviedo, the court reporters responsible for preparing the reporter's record, to file the reporter's records on or before April 6, 2015. Erminia Uviedo has filed a response stating that she did not take a record of the habeas corpus hearing. Lisa J. Ramos, however, has not filed a response to our order; nor has she filed the reporter's record. We therefore ORDER Lisa J. Ramos to file the reporter's record within ten days of the date of this order. If the reporter's record is not received by such date, an order may be issued directing Lisa J. Ramos to appear and show cause why she should not be held in contempt for failing to file the record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court